UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A.L.,<br><br>    Plaintiff,<br><br>vs.<br><br>Mexico Public Schools #59, et al.,<br><br>    Defendants. | Case No. 4:22-cv-00419-UNA |

## ORDER

The above styled and numbered case was opened on April 11, 2022 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Sarah E. Pitlyk, United States District Judge, under cause number 2:22-cv-00023-SEP.

**IT IS FURTHER ORDERED** that cause number 4:22-cv-00419-UNA be administratively closed.

                                                GREGORY J. LINHARES
                                                CLERK OF COURT

Dated: April 11, 2022                      By: /s/ Michele Crayton
                                                         Court Services Manager

In all future documents filed with the Court, please use the following case number **2:22-cv-00023-SEP**.